# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Donna Blake,<br><br>　　　　Plaintiff,<br>　v.<br><br>Resurgent Capital Management,<br><br>　　　　Defendant. | CV 09-454-TUC-JMR<br><br>**ORDER** |

Pursuant to the parties' Stipulation of Dismissal With Prejudice (Doc. #10) and FED. R. CIV. P. 41(a)(1),

**IT IS HEREBY ORDERED** that the above-captioned lawsuit is **dismissed with prejudice**.

**The Clerk of Court is directed to close this case.**

DATED this 1st day of April, 2010.

_____
John M. Roll
Chief United States District Judge